UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MORDECHAI EINHORN, as attorney-in-fact
for PHILIP HELLER and as President of
ICEGEN, INC.,

          Petitioner,

   -against-

LIONEL GERBER

          Respondent.

Index No.: 13 CV 00681(RJD) (LB)

## STIPULATION OF THE PARTIES

WHEREAS, on April 3, 2013 Magistrate Judge Lois Bloom held an initial conference
and ordered that Petitioner, Mordechai Einhorn (hereinafter "Petitioner") shall serve the motion
to remand on Respondent, Mordechai Einhorn (hereinafter "Respondent") by April 24, 2013,
that Respondent shall serve any opposition to the motion on Petitioner by May 14, 2013, and that
Petitioner shall serve any reply on defendant and the parties shall electronically file their fully-
briefed motion by May 21, 2013.

NOW, THEREFORE, it is stipulated and agreed by and between the undersigned that:

1. The Motion for Remand shall be served upon the Respondent on or before May
   22, 2013;

2. The response/opposition to the Motion for Remand shall be served upon the
   Petitioner on or before June 11, 2013; and

3. The reply to the response/opposition to the Motion for Remand shall be served

upon the Respondent on June 18, 2013, and the fully briefed motion shall be filed

electronically by the parties on June 18, 2013.

Dated:  Brooklyn, New York
        April 22, 2013

                                    MENDEL ZILBERBERG & ASSOCIATES, P.C.

                                    By:_____
                                        Mendel Zilberberg
                                        6619 Thirteenth Avenue
                                        Brooklyn, New York 11219
                                        (718) 256-7900
                                        mz@amalgamail.com
                                        *Attorneys for Petitioner Mordechai Einhorn*


                                    HUGHES HUBBARD & REED LLP

                                    By:_____
                                        Hagit Elul
                                        One Battery Park Plaza
                                        New York, New York 10004
                                        (212) 837-6476
                                        elul@hugheshubbard.com
                                        *Attorneys for Respondent Lionel Gerber*

SO ORDERED:


_____
Honorable Raymond J. Dearie
United States District Judge