UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 1 2 2013 ★

BROOKLYN OFFICE

MORDECHAI EINHORN, as attorney-in-fact for PHILIP HELLER and as President of ICEGEN, INC.,

    Petitioner,

-against-

LIONEL GERBER

    Respondent.

Index No.: 13 CV 00681(RJD) (LB)

## STIPULATION OF THE PARTIES

WHEREAS, on April 24, 2013, pursuant to stipulation of the parties, Magistrate Judge Lois Bloom ordered that Petitioner, Mordechai Einhorn (hereinafter "Petitioner") shall serve the motion to remand on Respondent, Lionel Gerber (hereinafter "Respondent") by May 22, 2013, that Respondent shall serve any opposition to the motion on Petitioner by June 11, 2013, and that Petitioner shall serve any reply on defendant and the parties shall electronically file their fully-briefed motion by June 18, 2013;

WHEREAS, Petitioner served his motion to remand on May 22, 2013;

NOW, THEREFORE, it is stipulated and agreed by and between the undersigned that:

1. The response/opposition to the motion for remand shall be served upon the Petitioner on or before June 18, 2013; and

2. The reply to the response/opposition to the motion for remand shall be served upon the Respondent on June 25, 2013, and the fully briefed motion shall be filed

electronically by the parties on June 25, 2013.

Dated: Brooklyn, New York
June 10, 2013

MENDEL ZILBERBERG & ASSOCIATES, P.C.

By: _____
Samuel Karpel
6619 Thirteenth Avenue
Brooklyn, New York 11219
(718) 256-7900
skarpel@amalgamail.com
*Attorneys for Petitioner Mordechai Einhorn*

HUGHES HUBBARD & REED LLP

By: _____
Hagit Elul
One Battery Park Plaza
New York, New York 10004
(212) 837-6476
elul@hugheshubbard.com
*Attorneys for Respondent Lionel Gerber*

SO ORDERED:

_____
Honorable Raymond J. Dearie
United States District Judge

/S/ Judge Lois Bloom
So Ordered: _____
6/12/13    Lois Bloom
           U.S. Magistrate Judge