UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MORDECHAI EINHORN, as attorney-in-fact for PHILIP HELLER and as President of ICEGEN, INC.,

                Petitioner,

-against-

LIONEL GERBER

                Respondent.

Index No.: 13 CV 00681(RJD) (LB)

## STIPULATION OF THE PARTIES

WHEREAS, on April 24, 2013, pursuant to stipulation of the parties, Magistrate Judge Lois Bloom ordered that Petitioner, Mordechai Einhorn (hereinafter "Petitioner") shall serve the motion to remand on Respondent, Lionel Gerber (hereinafter "Respondent") by May 22, 2013, that Respondent shall serve any opposition to the motion on Petitioner by June 11, 2013, and that Petitioner shall serve any reply on defendant and the parties shall electronically file their fully-briefed motion by June 18, 2013;

WHEREAS, Petitioner served his motion to remand on May 22, 2013;

NOW, THEREFORE, it is stipulated and agreed by and between the undersigned that:

1. The response/opposition to the motion for remand shall be served upon the Petitioner on or before July 1, 2013 by 4:00 p.m.; and

2. The reply to the response/opposition to the motion for remand shall be served upon the Respondent on July 15, 2013, and the fully briefed motion shall be filed

electronically by the parties on July 15, 2013.

Dated: Brooklyn, New York
       June 17, 2013

                                      MENDEL ZILBERBERG & ASSOCIATES, P.C.

                                      By: _____
                                          Samuel Karpel
                                          6619 Thirteenth Avenue
                                          Brooklyn, New York 11219
                                          (718) 256-7900
                                          skarpel@amalgamail.com
                                          *Attorneys for Petitioner Mordechai Einhorn*

                                      HUGHES HUBBARD & REED LLP

                                      By: _____
                                          Hagit Elul
                                          One Battery Park Plaza
                                          New York, New York 10004
                                          (212) 837-6476
                                          elul@hugheshubbard.com
                                          *Attorneys for Respondent Lionel Gerber*

SO ORDERED:

_____
Lois Bloom, U.S. Magistrate Judge